### The People *vs.* Richard King. *Petit Larceny.*

RICHARD KING, a sailor, lately belonging to the frigate Constellation, was put into the box for trial, charged with stealing from William Arden, a fellow boarder, and also a sailor, a sailor's Jacket and Trowsers. The circumstances of the case, as testified by the witnesses, were as follows : The prisoner and prosecutor both stopped at the same boarding house, in Water-street, but occupied different rooms. One evening the prisoner came into the prosecutor's, and took away with him the articles mentioned in the indictment, and offered them for sale at several

*Can a prisoner wave his rights in a prosecution for felony, by consenting to questions that affect his character before the offence committed upon which he stands charged ?*

NEW-YORK, pawn-broker's offices, without success ; telling them he had
Sept. 1822. bought the clothes, and now wanted to raise money upon
The People them. He finally offered them to a sailor whom he knew,
*vs.* for a small sum ; the offer was accepted and the bargain
Richard King
made.

The prosecutor soon missed his clothes, and upon in-
quiry among his friends, found they had been sold to one
of his acquaintances ; he then challenged the prisoner wih
stealing his property. The prisoner replied that he had
taken them by mistake, and that he was drunk at the time.

During the trial, the Recorder (as the Court seemed to
be embarrassed with the case) said to the prisoner :—
" Are you willing we should ask the prosecutor if you was
" ever in a simular situation before ?" Ans. " Yes." Ques-
tion by one of the members of the Court to the prosecutor :
" Do you know anything more about the prisoner ?" Ans.
" Yes ; he stole a sailor's jacket on board the Constellation
and was flogged for it." The prisoner replied, " I never
stole a sailor's jacket on board the Constellation : I nev-
er was flogged for stealing on board the Constellation."

*Alderman Fairlie.* ", I think any concession of his
rights, made by an unlettered man to the questions put,
ought to have no weight with the Jury at all.

The Jury found the prisoner guilty, and recommended
him to the mercy of the Court.